Christopher J. Reichman  SBN 250485
PRATO & REICHMAN, APC
8555 Aero Drive, Suite 303
San Diego, California 92123
Telephone: (619) 683-7971
chrisr@prato-reichman.com

Attorney for Plaintiff
PAUL SAPAN

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| PAUL SAPAN,<br><br>              Plaintiff,<br><br>     vs.<br><br>APEX TAX RESOLUTION, LLC a/k/a APEX STUDENT LOAN SERVICES, also a/k/a FIDELITY TAX RELIEF and FIDELITYTAXRELIEF.COM, a California Limited Liability Company, MAYADA ABDULLAH, an individual, and GAZI ABDULLAH, an individual,<br><br>              Defendants. | **Case No: 8:18-cv-00787-DOC-KES**<br><br>**NOTICE OF SETTLEMENT**<br><br><br>Judge: Hon. David O. Carter |

- 2 -

1  Comes now Plaintiff PAUL SAPAN, to notify the Court pursuant to Local
2  Rule 16-15.7 that the parties have reached settlement of the material issues in
3
4  dispute in the above captioned case and plan file a Joint Motion To Dismiss The
5  Entire Case With Prejudice within thirty (30) days from today.  The Parties will
6  file a request for dismissal with prejudice upon final settlement.
7
8
9
10 DATED: September 11, 2019               **PRATO & REICHMAN, APC**
11
12
13                                           /s/ Christopher J. Reichman_____
                                            By: Christopher J. Reichman, Esq.
14                                          Prato & Reichman APC
                                            Attorneys for Plaintiff
15                                          PAUL SAPAN

- 2 -

Notice of Settlement

# CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing instrument was served upon all counsel of record in the above entitled and numbered cause on the date below.

__X__  Via ECF

Omar Sharif, Esq.
Tumer & Sharif
170 E. 17th Street, Suite 208
Costa Mesa, CA 92627

DATED: September 11, 2019                **PRATO & REICHMAN, APC**

                                                           /s/ Christopher J. Reichman_____
By: Christopher J. Reichman, Esq.
Prato & Reichman APC
Attorneys for Plaintiff
PAUL SAPAN